**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00147-CV

### EX PARTE SENRICK WILKERSON

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. X13-1007-N

# ORDER

We **DENY** appellant's motion for discovery of the arrest records and motion for bench warrant.

/s/     ELIZABETH LANG-MIERS
           JUSTICE